PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Anatoly Rybner**                                    Dockct No. **04-145**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Leslie Richardson** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defcndant **Anatoly Rybner**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, New Jersey, on February 18, 2004, under the following conditions:

1. $400,000 secured bond
2 Pretrial Services supervision
3. Travel restrictcd to New Jersey and the Southern and Eastern Districts of New York.
4. Surrender all travel documents/do not apply for replacement documents.
5. Provide proof of citizenship.

On February 20, 2004, the defendant appeared before the Honorable Mark Falk and was charged in another complaint with Bank Fraud. The defendant's prior bail was continued in this case. Bail was posted and the defendant was released.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

**see attached memo**

PRAYING THAT THE COURT WILL ORDER **revoke the defendant's bail and remain him to start serving his custodian sentence**

ORDER OF COURT

Considered and ordered this _15th_ day
of _March_ , _2006_ and ordered filed
and made a part of the records in the above
case.

_____
U.S. District Judge

I declare under penalty of perjury that the
foregoing is true and correct.

Executed
on _____

_____
Leslie Richardson
U.S. Pretrial Services/Probation Officer