PROB 35
(Rev. 4/81)

Report and Order Terminating Probation/
Supervised Release Prior to Original Expiration Date

# United States District Court

For The

District of New Jersey

UNITED STATES OF AMERICA

V.

Joo Yoo

Crim. No. 01-CR-00633-01

On March 12, 2004, the above named was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

_____
Senior U.S. Probation Officer
Kevin J. Mullens

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 15th Day of March, 2006.

_____
United States District Judge